UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, ET. AL.,<br><br>Respondents. | Case No. 1:22-cv-01031-HBK (HC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

      Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). To the extent discernable, Petitioner challenges his state sentence and conviction entered by the Superior Court of Los Angeles County in case number A917709. (*Id*. at 4). Los Angeles County is located within the jurisdiction and venue of the Western Division of the United States District Court for the Central District of California.

      Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v.*

1

*California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

Thus, the court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Central District of California.  28 U.S.C. §§ 1404(a), 2241(d).  Further, the Court declines to rule on Petitioner's pending motion for a temporary restraining order.  (Doc. No. 2).

**Accordingly:**

1. The Clerk shall transfer this action to the United States District Court for the Central District of California, Western Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Central District of California
> Western Division
> 255 East Temple Street
> Los Angeles, CA 90012-3332

Dated:   September 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE