JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN JOSEPH SIMMONS, | ) | NO. CV 22-6946-TJH(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: OCTOBER 6, 2022.

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE